## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **DAVID DURAN, #1195075** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:20cv604** |
| | § | |
| **DENTON CO. COURTHOUSE, ET AL.** | § | |

## <u>ORDER OF DISMISSAL</u>

This case was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation concluding that Plaintiff's case should be dismissed with prejudice for purposes of *in forma pauperis* proceedings because Plaintiff has had at least three strikes. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Plaintiff filed objections. Having made a *de novo* review of the objections raised by Plaintiff to the Report, the court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court.

It is therefore **ORDERED** that Plaintiff's complaint is **DISMISSED** with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g). It is further **ORDERED** that *in forma pauperis* status is **DENIED** (Dkt. #3). Should Plaintiff pay the full filing fee within thirty days of the entry of the Final Judgment, he may resume the lawsuit. All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this the 31st day of January, 2022.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE